| | |
|---|---|
| **COURTROOM MINUTES:** | Clerk, U.S. District Court |
| The Honorable Nancy K. Johnson  Presiding | **Southern District of Texas** |
| Deputy Clerk:  Shannon Jones | Filed 08.21.2015 |

Interpreter Present? ☐ Yes ☒ No   ERO: Paula Crawford
USPT/USPO: _____          TIME: 1:59-2:03 p.m.
☐ OTHER DISTRICT: _____   ☐ DIVISION    THEIR CASE# _____

**PROCEEDING HELD:**
☒ Initial Appearance      ☐ Counsel Determination Hearing    ☐ _____
☐ Bond Hearing     ☐ Identity             ☐ Hearing Continued on _____
☐ Detention Hearing   ☐ Preliminary Hearing     ☐ Other

CASE NUMBER  ☐ CR _____      ☒ MJ 4:15mj1187

DEFT:                                           AUSA: Ruben Perez (Duty)

Gregg Carl Baird

☐ Date of arrest _____         ☐ Rule 5
☒ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment  ☐ Information  ☒ Complaint
                                     Violation of   ☐ Supervised Release  ☐ Probation
☒ Defendant  ☐ Material Witness appeared    ☐ with    ☒ without counsel
☐ Defendant requests appointed counsel.     ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ _____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☒ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)
☐ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked       ☐ Bond reinstated      ☐ Bond Continued
☒ Defendant ____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds:  ☐ Probable Cause  ☐ Identity

☒ Defendant(s) _____   is/are scheduled on: 8/25/2015 at 10AM for: **Froeschner** Ctrm 702
   ☐ Arraignment        ☒ Counsel Determination Hearing   ☐ Identity Hearing cont.
   ☐ Detention Hearing    ☐ Preliminary Hearing          ☐ Final Revocation Hearing
   ☐ Bond  Hearing