AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:15mj1187 |
| | ) | |
| GREGG CARL BAIRD | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A COUNSEL DETERMINATION HEARING

A counsel determination hearing in this case is scheduled as follows:

| Place: | 515 Rusk St.<br>Houston, TX<br>JUDGE JOHN R. FROESCHNER | Courtroom No.: | 702 |
|---|---|---|---|
| | | Date and Time: | 08.25.15 AT 10AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _____08.21.15_____

_____
U.S. MAGISTRATE JUDGE