**COURTROOM MINUTES:**
The Honorable John R. Froeschner Presiding
Deputy Clerk: Sheila Anderson

Clerk, U.S. District Court
Southern District of Texas
Filed 8/25/15
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☐ No   ERO **P. Crawford**

USPT/USPO _____   OPEN **10:09**  ADJOURN **10:15**

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance      ☑ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                            ☐ Hearing Continued on _____
☐ Detention Hearing       ☐ Preliminary Hearing                 ☐ Other _____

CASE NUMBER ☐ CR ☑ MJ **H-15-1187**  Defendant # **1**

**Gregg Carl Baires**

AUSA **Steve Schammel**

☐ Date of arrest _____      ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                                              Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared      ☐ with ☑ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☑ Defendant advises that he will retain private counsel. **Josh Schaffer**

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked            ☐ Bond reinstated      ☐ Bond Continued
☑ Defendant **1** remanded to custody     ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment         ☐ Counsel Determination Hearing    ☐ Identity Hearing
    ☐ Detention Hearing   ☐ Preliminary Hearing              ☐ Final Revocation Hearing
    ☐ _____               Hearing

1) Atty Schaffer to notify court on 8/27/15 + advise if retained.
2) ~~The~~ Prelim/Det Hrg to be set thereafter.