**COURTROOM MINUTES**:
The Honorable John R. Froeschner Presiding
Deputy Clerk: Sheila Anderson

Clerk, U.S. District Court
Southern District of Texas
Filed 8/28/15
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☐ No   ERO P. Crawford

USPT/USPO _____

OPEN 10:12   ADJOURN 10:18

☐ OTHER DISTRICT   ☐ DIVISION _____   THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance         ☒ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing               ☐ Identity                            ☐ Hearing Continued on _____
☐ Detention Hearing          ☐ Preliminary Hearing                 ☐ Other _____

CASE NUMBER  ☐ CR ☒ MJ  H-15-1187  Defendant # 1

Gregg Carl Bairn

AUSA Kim Leo
Josh Schaffer F/A
(Retained)

☐ Date of arrest _____     ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                                              Violation of ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared   ☒ with ☐ without counsel

☐ Defendant requests appointed counsel.         ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.     ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☒ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond revoked          ☐ Bond reinstated        ☐ Bond Continued
☒ Defendant 1 _____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☒ Defendant(s) 1 is/are scheduled on 9/10/15 at 10:00 AM for:
  ☐ Arraignment            ☐ Counsel Determination Hearing      ☐ Identity Hearing
  ☒ Detention Hearing      ☒ Preliminary Hearing                ☐ Final Revocation Hearing
  ☐ _____ Hearing