IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. H-15-MJ-1187 |
| | § | |
| GREGG CARL BAIRD | § | |

## ORDER OF DETENTION PENDING HEARING

It is **ORDERED** the **Preliminary and Detention Hearing** is **SET** for **Thursday, September 10, 2015, commencing at 10:00 a.m.**, before this Court at the United States Courthouse, 515 Rusk, Houston, Texas.

Pending this Hearing, Defendants **SHALL** be held in the custody of the United States Marshal and produced at such Hearing.

**DONE** at Galveston, Texas, this ___28th___ day of August, 2015.

John R. Broeschner
United States Magistrate Judge