**COURTROOM MINUTES:**            Clerk, U.S. District Court
The Honorable Stephen Wm Smith Presiding    Southern District of Texas
Deputy Clerk: Jason Marchand               Filed
                                                        9-10-15
Interpreter Present? ☐ Yes ☐ No   ERO P. Crawford      David J. Bradley, Clerk

USPT/USPO D. Hernandez                 OPEN 10:12 ADJOURN 10:58

☐ OTHER DISTRICT    ☐ DIVISION       THEIR CASE#

**PROCEEDING HELD:**
☐ Initial Appearance      ☐ Counsel Determination Hearing     ☐ Status Hearing
☐ Bond Hearing             ☐ Identity                                ☐ Hearing Continued on _____
☑ Detention Hearing      ☑ Preliminary Hearing             ☐ Other

**CASE NUMBER** ☐ CR ☑ MJ 15-1187M     Defendant # 1

AUSA Sherri Zack

_____ Carl Baird                      Sush Scaffer

☐ Date of arrest _____     ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                                           Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared     ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.       ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☑ Order of Detention Pending Trial entered as to Defendant(s) 1 .
☐ Bond Continued      ☐ Bond reinstated     ☐ Bond Revoked
☑ Defendant 1 _____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant 1 Waiver of ☐ Preliminary ☐ Identity ☑ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause     ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
       ☐ Arraignment       ☐ Counsel Determination Hearing     ☐ Identity Hearing
       ☐ Detention Hearing   ☐ Preliminary Hearing            ☐ Final Revocation Hearing
       ☐ _____ Hearing