UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CRIMINAL NO. H-15-MJ-1187 |
| GREGG CARL BAIRD | § | |

## ORDER

Baird's Unopposed Motion To Transfer Defendant To Federal Detention Center at Houston is **GRANTED**. The United States Marshal is **ORDERED** to transfer Baird to the Federal Detention Center at Houston immediately and detain him there pending resolution of this case or until otherwise ordered by the Court.

Signed at Houston, Texas, on September _16_, 2015.

Stephen Wm. Smith
United States Magistrate Judge